

# Court of Appeals
## Sixth Appellate District of Texas

### J U D G M E N T

Charles Randall Kay, Appellant

No. 06-15-00169-CR          v.

The State of Texas, Appellee

Appeal from the 62nd District Court of Franklin County, Texas (Tr. Ct. No. F8162). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We note that the appellant, Charles Randall Kay, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED DECEMBER 9, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk